**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 11, 2020

**BY ECF**

Honorable William H. Pauley III
United States Senior District Judge
Southern District of New York

    Re:   *United States v. Nicholas Ofei Cofie*,
           19 Cr. 226 (WHP)

Dear Judge Pauley,

    I write to request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Nicholas Ofei Cofie's passport to him, or to a representative from my office. I understand that Pretrial Services will only release this passport pursuant to a Court order. In January 2020, Mr. Cofie was sentenced to 3 years of probation. We thus respectfully request that the Court order the release of his passport. I have conferred with AUSA Daniel Wolf and I understand that the government does not object to this request.

                                    Sincerely,

                                    /s/ Sarah Baumgartel
                                    Sarah Baumgartel, Esq.
                                    Assistant Federal Defender
                                    Tel: (212) 417-8772
                                    Sarah_Baumgartel@fd.org

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

March 11, 2020